SIGAL CHATTAH, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of Law & Policy
Program Litigation 1
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM HENSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:25-cv-01508-EJY<br><br>**MOTION FOR EXTENSION OF TIME**<br>**(*FIRST REQUEST*)** |

   Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 8, filed on October 30, 2025), currently due on December 1, 2025, by 35 days, through and including January 5, 2026. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to January 19, 2025.

   This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Defendant's counsel is experiencing an unusually heavy workload due to the recent

lapse in federal government funding, from October 1, 2025, through November 12, 2025. Defendant's counsel's limited ability to work during that period has created a backlog of his briefing responsibilities. Additionally, Defendant's counsel must take several days of medical leave, which further impacts his ability to prepare a response to Plaintiff's Brief.

Additional time is required to review the record, evaluate the issues raised in Plaintiff's brief, determine whether options exist for settlement, and if not, prepare Defendant's response to Plaintiff's Brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings.

Defendant's counsel advised Plaintiff's counsel of the need for this extension on November 26, 2025, and November 28, 2025, but has not yet received a response. Defendant's counsel realizes that the Thanksgiving holiday may have affected Plaintiff's counsel's ability to respond. Defendant's counsel proceeds with filing this motion to inform the Court of this issue before the current due date.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including January 5, 2025.

Dated: November 28, 2025

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: **December 1, 2025**